Ballard Spahr LLP

1675 Broadway, 19th Floor
New York, New York 10019
Tel: (212) 223-0200
Fax: (212) 223-1942

Ana M. Blanco
Tel: (646) 346-8072
Fax: (212) 223-1942
blancoa@ballardspahr.com

November 9, 2026

*By Electronic Filing*

Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, New York 10007

Re: *Citibank, N.A. v. Frank, 26-cv-07581-PAE*

Dear Judge Engelmayer:

This Firm represents Plaintiff Citibank, N.A. in the above-referenced case. Defendant Joseph John Frank ("Mr. Frank") waived service of process, and his answer is due today, November 9, 2026. ECF No. 6.

Counsel for Citibank has been in contact with Mr. Frank, and the parties are discussing a possible resolution of this matter. To allow time for those discussions, Citibank has agreed to a request by Mr. Frank for a four-week extension of Mr. Frank's deadline to respond to the complaint. Citibank further agreed to present this request to the Court via letter motion.

I respectfully request that the Court enter an order extending Mr. Frank's deadline to answer or otherwise respond to the complaint from November 9, 2026 to December 7, 2026. This is the first request for an extension of this deadline.

Mr. Frank has reviewed this letter and approves its contents.

Thank you for your consideration.

Respectfully submitted,

*/s/ Ana M. Blanco*

Ana M. Blanco
Counsel for Plaintiff

cc: Joseph John Frank, Esq. (by email)

GRANTED.

SO ORDERED.

Paul A. Engelmayer

Date: November 10, 2026
New York, New York

PAUL A. ENGELMAYER
United States District Judge